IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| MYDRIA STRINGER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 619-127 |
| | ) | |
| WARDEN FREDRICK J. HEAD; JOHN DOE; and SALLY DOE, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed this case in the Southern District of Georgia even though the named defendants are located in Baldwin County, Georgia, and the events in Plaintiff's complaint allegedly occurred in Baldwin County. (See doc. no. 1.) Because Baldwin County is in the Middle District of Georgia, the proper venue is the Macon Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this ___8th___ day of January, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA